UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

        Plaintiff,

vs.

Jeremy Lee Neadeau,

        Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Crim. No. 05-198(MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. That the Defendant's Motion to Suppress Confessions or Statements in the Nature of Confessions [Docket No. 17] is denied.

2. That the Defendant's Motion to Dismiss the Indictment on the Grounds that the Court does not Have Subject Matter Jurisdiction [Docket No. 26] is denied.

DATED: September 16, 2005

s/ Michael J. Davis
Michael J. Davis, Judge
United States District Court